UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, | No. C 12-02095 (DMR) |
| Plaintiff(s), | **ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING DATE FOR FILING MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| BAYVIEW ELECTRIC, | |
| Defendant(s). | |

The court hereby ORDERS that the August 1, 2012 Initial Case Management Conference is VACATED. Plaintiffs shall file a motion for default judgment no later than September 17, 2012. Upon receipt of this order, Plaintiffs shall serve a copy upon Defendant and file proof of service with the Court.

IT IS SO ORDERED.

Dated: July 23, 2012

DONNA M. RYU
United States Magistrate Judge