IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, ET AL.,

    Plaintiffs,

 v.

BAYVIEW ELECTRIC,

    Defendant.
                              /

No. CV-12-2095 CRB

**JUDGMENT IN A CIVIL CASE**

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The Court enters default judgment against Defendant Bayview Electric, and awards to Plaintiffs: (1) unpaid contributions in the amount of $20,315.98; (2) interest pursuant to § 1132(g)(2)(B) in the amount of $7,020.77; (3) interest pursuant to § 1132(g)(2)(c) in the amount of $7,020.77; (4) liquidated damages for untimely contributions in the amount of $1,800; and (5) attorneys' fees and costs of $6,555 and $843.50, respectively. Defendant is further ordered to submit to an audit of its books and records from January 1, 2010 through the present.

Dated: November 26, 2012                                  Richard W. Wieking, Clerk

                                                                       By: Tracy Lucero
                                                                       Deputy Clerk